UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Dreamchasers, LLC, | : | Case No. 24-14305 AMC |
| | : | |
| Debtor. | : | |

## ORDER TO SHOW CAUSE

**AND NOW** this case having been filed on December 2, 2024,

AND although the Debtor is a corporation, the case having been filed "*pro se*" by the Debtor's Member Tallena Drayton;

BUT by virtue of federal law, e.g., 28 U.S.C. §1654, courts having held that a corporation must appear in a federal court through counsel and may not appear pro se. Rowland v. California Men's Colony, 506 U.S. 194, 201–02, (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel.") (citations omitted); Simbraw, Inc. v. United States, 367 F. 2d 373 (3d Cir. 1966).

It is, therefore, hereby **ordered** that the Debtor **shall appear** for a hearing on **Wednesday, January 15, 2025 at 12:30 pm.** in Bankruptcy Courtroom No. 4, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107 and **show cause** why this case should not be **dismissed.**

**Date:** Dec. 16 , 2024

_____
**ASHELY M. CHAN**
**CHIEF U.S. BANKRUPTCY JUDGE**