*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Dreamchasers, LLC
    Debtor(s)

Case No: 24–14305–amc
Chapter: 11

---

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Emergency Motion to Expedite Hearing (related documents Order to Show Cause, Motion to Extend / Shorten Time) Filed by Philadelphia Federal Credit Union Represented by WILLIAM J LEVANT (Counsel) (related document(s)[8], [9]). At the hearing, it will be determined whether a bar order should be entered.

    on: 1/15/25

    at: 12:30 PM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 12/18/24

Timothy B. McGrath
Clerk of Court

13 – 11
Form 167